UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RYAN T. MALLETT, | ) | CASE NO. 4:10 CV1057 |
| | ) | |
| Petitioner, | ) | CHIEF JUDGE SOLOMON OLIVER, JR. |
| v. | ) | |
| J.T. SHARTLE, WARDEN, | ) | |
| Respondent. | ) | <u>JUDGMENT ENTRY</u> |

Consistent with the Memorandum of Opinion issued in the above-captioned case, this action is dismissed pursuant to 28 U.S.C. § 2243. Further, the Court CERTIFIES pursuant to 28 U.S.C. § 1915(a)(3) that an appeal from this decision could not be taken in good faith.

/s/*SOLOMON OLIVER, JR.*
CHIEF JUDGE
UNITED STATES DISTRICT COURT

August 1, 2011